

## NUMBER 13-11-00048-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**MUHAMMAD BASHIR,** Appellant,

**v.**

**ZARGHOONA ZAHID,** Appellee.

### On appeal from the 317th District Court of Jefferson County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Muhammad Bashir, perfected an appeal from a final decree of divorce. On February 23, 2011, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on January 19, 2011, and that the deputy district clerk, Maritza Downs, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect

so that steps could be taken to correct the defect, if it could be done.   *See* TEX. R. APP. P. 37.3, 42.3(b),(c).   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
12th day of May, 2011.